In the Matter of the Application of KATHERINE KELLY, Petitioner, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents.*

Supreme Court, Special Term, Queens County, May 6, 1940.

*Arthur Harrison,* for the petitioner.

*Sydney Rosenthal,* for the Democratic County Committee of Queens County.

*William C. Chanler, Corporation Counsel [Russell Lord Tarbox* of counsel], for the Board of Elections of the City of New York.

WENZEL, J. This is an application for a restraining order to prevent the certifying of the election of one Thomas J. Lanigan to the Democratic County Committee, etc.

*First.* The court can find no requirement for the board of elections to issue a certificate of election where a vacancy is filled by the county committee.

*Second.* The court cannot find anything in the rule adopted by the county committee repugnant to the Election Law.

*Third.* This court does not believe that the Legislature intended that a candidate for the office of· county committeeman need not be resident in the election district he seeks to represent, and that in order to fill a vacancy by vote of the county committee he need be; the court believes that for the purposes of filling vacancies the unit of representation must be considered the Assembly district. (See opinion of the Attorney-General, 48 State Dept. Rep. 183.)

Motion denied.

* Affd., 259 App. Div. 893.